ALBERT L. JACOBS et al., Individually and as Copartners Doing Business under the Name of MERCHANTS MART, Respondents, v. SOLOMON GOLDMAN, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously

affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.